No. 708. A. S. RHODES v. STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. January 3,

1927. Dismissed with costs on motion of *Mr. Benjamin E. Pierce* for plaintiff in error. No appearance for defendant in error.